The Brooklyn Savings Bank v. Louis Wechsler, Individually, etc., and Others, Impleaded, etc.— Motion denied. with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of Judson D. Campbell, an Attorney.— Reference ordered to George W. Burleigh, Esq. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of Albert B. Kurtz, an Attorney.— Motion granted. Commission to issue to Thomas J. Wall, Torrington, Conn. Settle order on notice.— Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

## Second Department, October, 1931.

Stanley Bogart, Respondent, v. James J. Walker, Mayor of the City of York, and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ.

Stanley Bogart, Respondent, v. James J. Walker, Mayor of the City of New York, and Others, Appellants.— Motion for stay granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ.

Elizabeth S. Barker, Respondent, v. Gibralter Credit Corporation, Defendant; Samuel and Josephine Freund, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for Friday, October ninth (for which day the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

Helen Cohen, Respondent, v. Louis Cohen, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for Friday, October ninth (for which day the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

Erich Zerm, Appellant, v. Gertrude Zerm, Respondent.— Motion for stay granted upon condition that appellant perfect the appeal for Friday, October ninth (for which day the case is set down), and be ready for argument when reached, and upon the further condition that within five days from service of a copy of the order herein a new undertaking in accordance with the order to show cause be given; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

Leito Kildare Adams, Respondent, v. Title Guarantee and Trust Company, as Executor, etc., of Francis Wright Clinton, Deceased, Appellant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

Josephine Avellino, Appellant, v. Andrew Avellino, Respondent.— Motion to dismiss appeal granted and appeal dismissed, without costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

Benjamin Barkin, Respondent, v. Saul Brynes, Trading as S. Brynes & Company, Appellant.— Motion to dispense with printing certain papers granted upon stipulation, with the exception of the Charnish affidavit, as to which the

motion is denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

BENJAMIN BARKIN, Respondent, v. SAUL BRYNES, Trading as S. BRYNES & COMPANY, Appellant.— Motion to dismiss both appeals denied upon condition that appellant perfect both appeals for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

BENJAMIN BARKIN, Respondent, v. SAUL BRYNES, Trading as S. BRYNES & COMPANY, Appellant.— Motion for stay granted upon condition that appellant perfect both appeals for the November term (for which term they are set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. If both appeals are perfected and ready for argument at the November term, the stay is continued until both are decided. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

SALVATORE BATTAGLIA, Respondent, v. CARMELO MAZZA and Others, Appellants. — Motion to dismiss appeal denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

FREDERICK WILLIAM BERLIN, Respondent, v. META KOCH BERLIN, Appellant. — Motion to dismiss appeal denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

BEDERO REALTY CORPORATION, Appellant; KATHERINE FREEDMAN and Others, etc., Plaintiffs, v. VIC SPEVACK, Individually, etc., and Another, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

GISELLA BIRO, Respondent, v. SALVATORE LEMBO, Defendant; PALC HOLDING AND DEVELOPING Co., INC., Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

KARL BIRO, Respondent, v. SALVATORE LEMBO, Defendant; PALC HOLDING AND DEVELOPING Co., INC., Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

ALFRED H. BLUMBERG and MILTON L. BLUMBERG, Respondents, v. 4602 FOUR-TEENTH AVENUE CORPORATION and Others, Defendants, and LIGHTOLIER COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

FRANK E. BOSWORTH, Appellant, v. THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

REBECCA G. BOWEN, Respondent, v. ALPHONSUS L. POOLE and Others, Defendants; SAMUEL GOLDINGER and PHILIP KANTER, Assignees of TRACHSON BUILDING